

PROB 12A
(3/2005)

# United States District Court

for

Northern District of Texas

ORIGINAL

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

**JUN 1 3 2005**

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

## Report on Offender Under Supervision - No Court Action Recommended

Name of Offender: <u>Michael Ray Alexander, Jr.</u>          Case Number: <u>3:01-CR-003-K(02)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge Joe Kendall (Case transferred to U.S. District Judge Ed Kinkeade pursuant to Special Order 3-227, dated November 25, 2002.)</u>

Date of Original Sentence: <u>May 14, 2001</u>

Original Offense: <u>Possession and Utterance of a Counterfeited Security of an Organization, 18 USC §§ 513(a) & 2</u>

Original Sentence: <u>5 years probation</u>

Type of Supervision: <u>Probation</u>          Date Supervision Commenced: <u>May 14, 2001</u>

Assistant U.S. Attorney: <u>Floyd Clardy</u>          Defense Attorney: <u>Robert D. Burns (appointed)</u>

## NOTIFICATION TO THE COURT FOR CAUSE AS FOLLOWS:

The probation officer believes that the offender has violated the following condition which requires official notification although no Court action is being recommended at this time.

## I.

**Violation of Additional Condition**: Pursuant to the Mandatory Victim Restitution Act of 1996, the defendant shall make restitution in the amount of $19,079.96, joint and several with Akeba Burns, Case No. 3:00-CR-243-M(01), payable to the U.S. District Clerk for disbursement to: Bank One and Bank United, see page 4 for breakdown. Payment shall begin 30 days from the date of judgment through monthly installments of at least $100. Further, pursuant to 18 USC § 3612(f)(3), interest on the restitution is waived.

PROB 12A
Michael Ray Alexander, Jr.
Report on Offender Under Supervision - No Court Action Recommended

Page 2

## Nature of Noncompliance

Michael Ray Alexander, Jr., violated this condition of probation by failing to make any payments on his Court-ordered restitution at the rate of at least $100 per month. Mr. Alexander remains in default and still owes the remaining balance of $18,979.96. Mr. Alexander has been unable to maintain consistent employment for the duration of his probation. Mr. Alexander currently attends Cedar Valley College and is enrolled in their patient care program. Mr. Alexander lives with his father and there is no indication that he is living an extravagant lifestyle. The probation office will continue to monitor the defendant's financial situation and, in the event there is a change in his status, the Court will be notified. As a result, it is recommended that no Court action be taken at this time.

Respectfully submitted,

Darwin D. Shaw
U.S. Probation Officer
972-864-8503, Ext. 229

Approved,

Wendy D. Landry
Supervising U.S. Probation Officer
972-864-8503, Ext. 231

5-27-05
Date

THE COURT:

[✓]    Agrees with the recommendation of the probation officer.
[ ]    Orders the probation officer to submit a request for modifying the conditions or term of supervision.
[ ]    Orders the probation officer to submit a request for warrant or summons.

Ed Kinkeade
U.S. District Judge

6/13/05
Date

DDS:lcm