# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 3:01-CR-003-K (2) |
| | ) | |
| MICHAEL RAY ALEXANDER, JR. | ) | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The court, having reviewed the affidavit of the Defendant, found that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel to represent Defendant on proceedings pertaining to the petition for offender under supervision filed in this action on September 21, 2005.

SIGNED this _____ day of _____, 20___.

_____
UNITED STATES MAGISTRATE JUDGE

*In custody*

Rev hrg 3/2/06, 9:00 a.m.