## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. |
| V. | ) | 3:01-CR-003-K (02) |
| | ) | |
| MICHAEL RAY ALEXANDER, JR. | ) | |

### NOTICE OF RESCHEDULING OF REVOCATION HEARING

**TAKE NOTICE that the above entitled case has been reset for probation revocation hearing at 1100 Commerce Street, Courtroom 1627, before United States District Judge Ed Kinkeade on Thursday, March 9, 2006 at 9:00 a.m.**

Pursuant to Miscellaneous Order No. 58, counsel must notify the presiding judge of any proposed change to an arraignment or rearraignment scheduled in the Dallas Division no later than two business days prior to the date scheduled. The presiding judge may waive this requirement in a particular case.

If the defendant is in custody, the United States Marshal's office will allow attorney-client conferences in the Marshal's office prior to the docket. However, the time for such conferences is limited by the Marshal's schedule.

Signed February __8th__, 2006.

 s/Michelle Moon_____
Michelle Moon
Court Coordinator to the
Honorable Judge Ed Kinkeade
1100 Commerce St., Rm. 1625
Dallas, TX 75242
214/753-2724
