# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HONORABLE _Ed Kinkeade_

DEPUTY CLERK _M. Moon_

LAW CLERK _____

INTERPRETER _____

A.M. _9:13-9:25_ P.M. _____

PRESIDING
COURT REPORTER/TAPE: _Randy Wilson_

USPO _Darwin Shade_

COURT TIME _12 min_

DATE: _3/9/06_

CR. No. _3:01-CR-003-K_ DEFT No. _02_

UNITED STATES OF AMERICA

v. _MICHAEL RAY ALEXANDER, JR._

Defendant's Name

§
§
§
§
§

_Dan Guess_ AUSA

_Carlton McLarty_

Counsel for Deft. Appt-(A), Retd-(R), (FPD-(F))

## REVOCATION OF PROBATION / SUPERVISED RELEASE

☑ ....... Probation Release Revocation Hearing held.

☐ ....... Supervised Release Revocation Hearing held.

☐ ....... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87)

☑ ....... Deft enters a plea of ☑ True ☐ Not True as to Conditions _as to conditions_ .

☑ ....... Court finds deft ☑ has ☐ has not violated terms of probation.

☑ ....... Probation/Supervised Release ☑ revoked ☐ reinstated ☐ modified

☑ ....... SENTENCE TEXT: _BOP 4 mos.; no S/R; still owes restitution (the outstanding balance); Dft is released from his community service obligation; gets credit for time served since 1/25/06_

☑ ....... **Time to serve** _4_ **months/years.**

☐ ....... Counts _____ dismissed on government's motion.

☐ ....... Deft ordered to surrender to the U.S. Marshal on _____.

☐ ....... Deft ordered to surrender to the designated institution on _____.

☐ ....... Deft failed to appear, bench warrant to issue.

☐ ....... Bond continued.

☐ ....... Deft Custody/Detention continued.

☑ ....... Deft REMANDED to custody.

☐ ....... Deft released from custody.

OTHER PROCEEDINGS:

_____

_____

_____

Copy to:    Minute Order Book

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 9 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy